UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SINCERE SMITH,

Plaintiff,

v.

SGT. LABARGE, *et al.*,

Defendants.

No. 23-CV-10264 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On January 24, 2024, the Court directed the New York State Attorney General to ascertain the name and badge number for the Green Haven John Doe Correction Officer that Plaintiff intended to sue in this Action. (*See Valentin* Order 7 (Dkt. No. 5).) The Court instructed Plaintiff to request the newly named Defendant be added to this Action within 30 days of receiving that information. (*See id.*) The New York State Attorney General responded to that Order and served a copy of its response on Plaintiff, noting that the New York State Department of Corrections and Community Supervision ("DOCCS") had no record of the alleged incident, but proposing two possible identities for the John Doe Defendant. (*See* Letter from Michael J. Keane to Court (May 24, 2024) (Dkt. No. 11).) Plaintiff did not amend his Complaint or request either of the possible names for the John Doe Defendant be added to this Action. The only named Defendant remaining in this Action, Sergeant Miller, has not yet been served. (*See* Process Receipt and Return (Dkt. No. 8).) On October 2, 2026, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute. (*See* Order (Dkt. No. 16).)

In a Letter filed on October 26, 2026, Plaintiff argued that "Defendant Miller is still a prosecutable Defendant," that "[P]laintiff's papers had been misplaced by DOCCS employees," and that "[P]laintiff suffers from lapses of memory due to . . . head trauma." (*See* Resp. to O.S.C. 1 (Dkt. No. 18).) Plaintiff also requested that one of the potential John Doe Defendants, Jamie Estrada, be added to this Action. (*See id.*)

Within 30 days of the date of this Order, Plaintiff must file an amended complaint naming all Defendants. The amended complaint will replace, not supplement, Plaintiff's original Complaint. An amended complaint form that Plaintiff should complete is attached to this Order. Once Plaintiff has filed an amended complaint, the Court will review it and, if necessary, issue an order directing the Clerk of Court to fill out a U.S. Marshals Service Process Receipt and Return form for the named Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service. The Court may dismiss this case without further notice in the event that Plaintiff fails to file an amended complaint within 30 days. *See Armstrong v. Guccione*, 470 F.3d 89, 102 n.1 (2d Cir. 2006) (noting that "a federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute" (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962))).

Within 30 days of the date of this Order, Plaintiff must also provide to the Court any medical records explaining the head trauma from which he claims he is suffering.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED: November 16, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________________________
______________________________________________________
______________________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

**-against-**

______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

Jury Trial: ☐ Yes ☐ No
(check one)

**___ Civ. _________ (    )**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name_____________________________________________________________
ID#_______________________________________________________________
Current Institution__________________________________________________
Address___________________________________________________________
__________________________________________________________________

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name ____________________________________________ Shield #_________
Where Currently Employed __________________________________________
Address ________________________________________________________
________________________________________________________________

Defendant No. 2 Name _______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ________________________________________________________________
_______________________________________________________________________

Defendant No. 3 Name _______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ________________________________________________________________
_______________________________________________________________________

**Who did what?**

Defendant No. 4 Name _______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ________________________________________________________________
_______________________________________________________________________

Defendant No. 5 Name _______________________________________________ Shield #_________
Where Currently Employed ______________________________________________
Address ________________________________________________________________
_______________________________________________________________________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

_______________________________________________________________________
_______________________________________________________________________

B. Where in the institution did the events giving rise to your claim(s) occur?

_______________________________________________________________________

C. What date and approximate time did the events giving rise to your claim(s) occur?

_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________

D. Facts:_________________________________________________________________

**What happened to you?**

_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

**Was anyone else involved?**

**Who else saw what happened?**

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

**IV. Exhaustion of Administrative Remedies**:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)?
______________________________________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
______________________________________________________________________

1. Which claim(s) in this complaint did you grieve?
______________________________________________________________________
______________________________________________________________________

2. What was the result, if any?
______________________________________________________________________
______________________________________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
______________________________________________________________
______________________________________________________________
______________________________________________________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ______________________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________
Defendants ____________________________________________

2. Court (if federal court, name the district; if state court, name the county) ________________
______________________________________________________________________

3. Docket or Index number ______________________________________

4. Name of Judge assigned to your case______________________________________

5. Approximate date of filing lawsuit ______________________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________
______________________________________________________________________
______________________________________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________
Defendants ____________________________________________

2. Court (if federal court, name the district; if state court, name the county) ___________
______________________________________________________________________

3. Docket or Index number ______________________________________

4. Name of Judge assigned to your case______________________________________

5. Approximate date of filing lawsuit ______________________________________

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition___________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _______________________________
   ___________________________________________________________________________
   ___________________________________________________________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _______________, 20___.

Signature of Plaintiff _______________________________________

Inmate Number _______________________________________

Institution Address _______________________________________

_______________________________________

_______________________________________

_______________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _______________________________________